# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**WAYNE ALLAN PHILLIPS, JR.,**

    **Petitioner,**

**VS.**                                                **CASE NO. 5:24-cv-223-JA-PRL**
                                                                      (5:22-cr-16-JA-PRL)

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____

## ORDER

Petitioner, Wayne Allan Phillips, has filed a motion seeking a certificate of appealability (Doc. 18), related to his appeal of this Court's Order denying his motion to vacate his sentence. (Doc. 12). That Order denies Petitioner a certificate of appealability, finding he is unentitled to one. (Doc. 12). Accordingly, Petitioner's motion for a certificate of appealability (Doc. 18) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on June 30, 2025.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
United States Attorney
Wayne Allan Phillips, Jr.
David Wilson, Esq.