UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WAYNE ALLAN PHILLIPS, JR.,

    Petitioner,

VS.                                CASE NO. 5:24-cv-223-JA-PRL
                                       (5:22-cr-16-JA-PRL)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

Petitioner, Wayne Allan Phillips, has filed a second motion seeking a certificate of appealability (Doc. 21) related to his appeal of this Court's Order denying his motion to vacate his sentence. (Doc. 12). That Order denies Petitioner a certificate of appealability, finding he is unentitled to one. (Doc. 12). This motion for a certificate of appealability (Doc. 21) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on July 8, 2025.

                                                          JOHN ANTOON II
                                                          United States District Judge

Copies furnished to:
United States Attorney
Wayne Allan Phillips, Jr.
David Wilson, Esq.